**Motion Granted; Order filed October 29, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00709-CV

_____

## In the Interest of J.S., a child

**On Appeal from the 313th District Court
Harris County, Texas
Trial Court Cause No. 2017-03057J**

## ORDER

This is an accelerated appeal from a judgment in a parental termination appeal. Appellant's brief was due **October 26, 2018.** No brief has been filed. On October 29, 2018 appellant filed a request for extension of time to file the brief to November 2, 2018. The motion is granted.

We order appellant's appointed counsel Donald Crane, to file appellant's brief no later than **November 2, 2018.** If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court. In addition, the court may require appointment of new counsel due to the failure to timely file appellant's brief.

PER CURIAM